UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-127(01)RM |
| ) | |
| MICHAEL G. GROSS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 20, 2008 [Doc. No. 29]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael Gross' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) .

SO ORDERED.

ENTERED:   July 21, 2008

/s/ Robert L. Miller Jr.
Chief Judge
United States District Court